## Jordan et ux., Appellants, *v.* Rifenburg.

 Argued November 12, 1968. *Myron W. Warman*, with him *John H. McDaniel*, and *Warman & Warman*, for appellants; *Peter U. Hook*, with him *Herman M. Buck*, and *Ray, Buck & John*, for appellees.
Order affirmed.